IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMIE D. BENSON,**

    **Plaintiff,**

v.                                                Case No. 1:22-cv-10-AW-MJF

**SHREDHA & SABURI, INC., and
KEYURI G. PATEL,**

    **Defendants.**

_____/

## **ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

The parties have jointly moved for approval of their FLSA settlement agreement, which was filed with their motion. ECF No. 23.

FLSA settlements typically require court approval to be effective. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Here, I have considered the parties' motion and the agreement itself. I note that both sides are represented by counsel; that they report there are factual disputes about the hours worked and otherwise whether Plaintiff is entitled to relief; that both sides contend the agreement is fair; and that the fee issues were negotiated separately. I also note that the release includes all claims—not just FLSA claims—but that the parties report no other existing claims.

Having considered all the circumstances, I approve the settlement. Accordingly, the joint motion (ECF No. 23) is GRANTED. The clerk will enter a

1

judgment that says, "Based on the parties' settlement, Plaintiff's claims are DISMISSED with prejudice." The court will retain jurisdiction to enforce the settlement agreement. The clerk will close the file.

    SO ORDERED on August 22, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge