**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JAMIE D. BENSON,**

**Plaintiff,**

**v.**                                                    **Case No. 1:22-cv-10-AW-MJF**

**SHREDHA & SABURI, INC., and
KEYURI G. PATEL,**

**Defendants.**

_____/

## JUDGMENT

Based on the parties' settlement, Plaintiff's claims are DISMISSED with prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

August 24, 2022                    _s / Blair Patton_
Date                               Deputy Clerk: Blair Patton